UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MONIQUE SYKES,

        Plaintiff(s),　　　　　　　　　　　　　　　Index No. 09CIV8486

  -against-　　　　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

MEL S HARRIS AND ASSOCIATES LLC, et al.,

        Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK   )
                                S.S.:
COUNTY OF NEW YORK)

        OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 21st day of January, 2010, at approximately 12:25 pm, deponent served a true copy of the Summons in a Civil Action, Complaint and Amended Class Action Complaint upon LR Credit, LLC at 315 Park Avenue South, 20th Floor, New York, New York, by personally delivering and leaving the same with Philip M. Cannella, Assistant Vice President, who informed deponent that he is an agent authorized by appointment to receive service at that address.

        Philip M. Cannella is a white male, approximately 48 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 174 pounds with brown hair and brown eyes and glasses.

_____
OTIS OSBORNE #870139

Sworn to before me this
22nd day of January, 2010

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 20_10_