USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                   :
MONIQUE SYKES et al.,              :
                                   :
                    Plaintiffs,    :         **ORDER**
                                   :
         - against -               :         09 Civ. 8486 (DC)
                                   :
MEL S. HARRIS AND ASSOCIATES       :
LLC et al.,                        :
                                   :
                    Defendants.    :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

The Court held a conference today and ordered as follows:

(1) Plaintiffs shall file a second amended complaint on or before March 31, 2010;

(2) If defendants decide not to move to dismiss the second amended complaint, they shall answer within 21 days of service;

(3) If defendants do decide to move to dismiss the second amended complaint, they shall write a letter to the Court promptly, setting forth the basis for their proposed motion(s). The Court will either grant permission for the motion(s) to be filed without a conference, and set a briefing schedule, or the Court will set a date for a conference to discuss the matter;

(4) To the extent that defendants have requested a stay of discovery, the request is denied to the extent that discovery other than depositions shall proceed immediately; depositions are

stayed. I will set a final deadline for discovery after defendants have decided whether to file motions to dismiss;

(5) Defendant Samserv, Inc. shall promptly provide plaintiffs with last known contact information for individual defendants Benjamin Lamb and Michael Mosquera.

SO ORDERED.

Dated:   New York, New York
         March 15, 2010

_____
DENNY CHIN
United States District Judge