UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

MONIQUE SYKES, et al.,                     :
                        Plaintiffs,
                                           :

        - against -                        :

MEL S. HARRIS AND ASSOCIATES               :
LLC et al.,

                Defendants.     :

- - - - - - - - - - - - - - - - - - -x



ORDER

09 Civ. 8486 (DC)

**CHIN, Circuit Judge**

         The parties have submitted letters raising a dispute

over a proposed confidentiality agreement.  The Court has

reviewed the letters.  Plaintiffs' proposal is rejected, and the

parties shall adopt defendants' proposal -- that is, the

agreement shall allow the producing party to designate in good

faith a document as confidential and the burden shall be on the

non-producing party to challenge that designation.

         SO ORDERED.

Dated:    New York, New York
          October 1, 2010

                                    _____
                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting By Designation