# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
MARIANN MEIER WANG
O. ANDREW F. WILSON
KATHERINE ROSENFELD
ELIZABETH S. SAYLOR
DIANE L. HOUK
DEBRA L. GREENBERGER
EISHA JAIN
ADAM R. PULVER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

March 23, 2011

**By Facsimile (212) 805-7906**

The Honorable Denny Chin
United States Circuit Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Sykes, et al. v. Mel S. Harris and Associates LLC, et al.*, 09 Civ. 08486 (DC)

Dear Judge Chin:

This firm, together with the Neighborhood Economic Development Advocacy Project and MFY Legal Services, Inc., represents Plaintiffs in the above-referenced case. We write to request an extension of 15 days, until April 15, 2011, to file the motion for class certification that is currently due on March 31, 2011. We further request that the related deadlines be correspondingly adjusted. This is Plaintiffs' first extension request. All Defendants consent to this request.

With the proposed extension, the deadlines contained in the Court's Order dated January 18, 2011 will be adjusted as follows: Plaintiffs shall file their motion for class certification by April 15, 2011; defendants shall file any opposition by May 6, 2011; and plaintiffs shall file a reply by May 13, 2011.

Thank you for your consideration.

Respectfully submitted,

Eisha Jain

cc: All Counsel (via email)

Approved.
So ORDERED.

USCJ  3/25/11