UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONIQUE SYKES, RUBY COLON, REA VEERABADREN, FATIMA GRAHAM, KELVIN PEREZ, SAUDY RIVERA, PAULA ROBINSON, and ENID ROMAN, individually and on behalf of all others similarly situated,

                    Plaintiffs,

- against -

MEL S. HARRIS AND ASSOCIATES LLC; MEL S. HARRIS; MICHAEL YOUNG; DAVID WALDMAN; KERRY LUTZ; TODD FABACHER; MEL HARRIS JOHN/JANE DOES 1-20; LEUCADIA NATIONAL CORPORATION; L-CREDIT, LLC; LR CREDIT, LLC; LR CREDIT 10, LLC; LR CREDIT 12, LLC; LR CREDIT 14, LLC; LR CREDIT 18, LLC; LR CREDIT 19, LLC; JOSEPH A. ORLANDO; PHILIP M. CANNELLA; LR CREDIT JOHN/JANE DOES 1-20; SAMSERV, INC.; WILLIAM MLOTOK; BENJAMIN LAMB; MICHAEL MOSQUERA; JOHN ANDINO; HUSAM AL-ATRASH; ASSMAT ABDELRAHMAN; and SAMSERV JOHN/JANE DOES 1-20,

                    Defendants.

ECF Case
No. 09 Civ. 8486 (DC)

**DECLARATION OF EISHA JAIN**

---

        EISHA JAIN, an attorney duly admitted to practice in the Southern District of New York, declares under penalty of perjury as follows:

        1.    I am associated with the law firm of Emery Celli Brinckerhoff & Abady LLP, which, along with MFY Legal Services and the Neighborhood Economic Development Advocacy Project, represents Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' motion for class certification and motion to amend the complaint.

1

*Documents Concerning Plaintiff Monique Sykes*

2. Attached as Exhibit A is a true and correct copy of the Summons and Complaint in the matter LR Credit 18, LLC v. Monique Sykes, Civil Court, County of Bronx, Index No. 55929/08 ("Leucadia lawsuit against Ms. Sykes").  The summons is date stamped June 27, 2008.

3. Attached as Exhibit B is a true and correct copy of the affidavit of service. dated July 25, 2008, and submitted by Samserv Defendants in the Leucadia lawsuit against Ms. Sykes.

4. Attached as Exhibit C is a true and correct copy of the affidavit of merit signed by Todd Fabacher and dated September 16, 2008, and submitted by Mel Harris Defendants in the Leucadia lawsuit against Ms. Sykes.

5. Attached as Exhibit D is a true and correct copy of the default judgment entered against Ms. Sykes on October 7, 2008 for the amount of $2522.61.

*Documents Concerning Plaintiff Rea Veerabadren* (formerly Rea L. Moukengeschaie)

6. Attached as Exhibit E is a true and correct copy of the Summons and Complaint in the matter LR Credit 11, LLC v. Rea L. Moukengeschaie, Civil Court, County of Queens, Index No. 46440-06  ("Leucadia lawsuit against Ms. Veerabadren).  The summons is date stamped April 12, 2006.

7. Attached as Exhibit F is a true and correct copy of the affidavit of service, dated May 25, 2005, and submitted by Samserv Defendants in the Leucadia lawsuit against Ms. Veerabadren.

8. Attached as Exhibit G is a true and correct copy of the affidavit of merit signed by Todd Fabacher and dated July 7, 2006, and submitted by Mel Harris Defendants in the Leucadia lawsuit against Ms. Veerabadren.

9.     Attached as Exhibit H is a true and correct copy of the default judgment entered against Ms. Veerabadren on August 8, 2006 for the amount of $7260.29.

### *Documents Concerning Kelvin Perez*

10.    Attached as Exhibit I is a true and correct copy of the Summons and Complaint in the matter LR Credit 14, LLC v. Kelvin Perez, Civil Court, County of Bronx, Index No. 86522/07 ("Leucadia lawsuit against Mr. Perez").

11.    Attached as Exhibit J is a true and correct copy of the affidavit of service, dated December 26, 2007, and submitted by Samserv Defendants in the Leucadia lawsuit against Mr. Perez.

12.    Attached as Exhibit K is a true and correct copy of the affidavit of merit signed by Todd Fabacher and dated February 5, 2008, and submitted by Mel Harris Defendants in the Leucadia lawsuit against Mr. Perez.

13.    Attached as Exhibit L is a true and correct copy of the default judgment entered against Mr. Perez on February 19, 2008 for the amount of $2009.99.

### *Documents Concerning Clifton D. Armoogam*

14.    Attached as Exhibit M is a true and correct copy of the Summons and Complaint in the matter LR Credit 21, LLC v. Clifton D. Armoogam, Civil Court, County of Queens, Index No. 65393-10  ("Leucadia lawsuit against Mr. Armoogam).  The summons is date stamped May 27, 2010.

15.    Attached as Exhibit N is a true and correct copy of the affidavit of service, dated July 1, 2010, and submitted by Samserv Defendants in the Leucadia lawsuit against Mr. Armoogam.

16. Attached as Exhibit O is a true and correct copy of the affidavit of merit signed by Todd Fabacher and dated August 26, 2010, and submitted by Mel Harris Defendants in the Leucadia lawsuit against Mr. Armoogam.

17. Attached as Exhibit P is a true and correct copy of the default judgment entered against Mr. Armoogam on September 15, 2010 for the amount of $6,264.88.

*Plaintiffs' Proposed Third Amended Class Action Complaint*

18. Attached as Exhibit Q is a true and correct copy of Plaintiffs' proposed Third Amended Class Action Complaint.


Dated: April 15, 2011
      New York, New York

                                                            /s/
                                          EISHA JAIN