# EXHIBIT G

COURT OF THE CITY OF NEW YORK - COUNTY OF QUEENS
Index No. 046440/06

LR CREDIT 10, LLC

PLAINTIFF

**AFFIDAVIT OF MERIT**

AGAINST

REA L MOUKENGESCHAIE

DEFENDANT(S)

STATE OF NEW YORK          )
COUNTY OF NEW YORK    ) ss

**Todd Fabacher** being duly sworn, deposes and says:

I am an authorized and designated custodian of records for the plaintiff's assignor in the State of NY, that I maintain the daily records and accounts in the regular course of business, including records maintained by and obtained from the assignor, which was made and maintained in the regular course of business, and that I am thereby fully and personally familiar with, and have personal knowledge of, the facts and proceedings relating to the within action.

That **LR CREDIT 10, LLC** [plaintiff] is a LIMITED LIABILITY COMPANY. Plaintiff is the assignee and purchaser of a debt owed to **SEARS**. As such LR CREDIT 10, LLC retains all rights and benefits as owner and purchaser of said debt, as well as all right to collect same.

That said action is based upon a Retail Charge Account Agreement executed by defendant with plaintiff's assignor wherein defendant agreed to pay all amounts charged to said account by the authorized use thereof and that the plaintiff purchased this account from the assignor herein and was assigned all rights and obligations.

That defendant incurred charges by the use of said charge account and that account statements were remitted to defendant by the assignor in the regular course of business but defendant has defaulted in the payments to be made pursuant to the terms of said Retail Charge Account Agreement and the account has now matured. There remains due and owing an unpaid agreed balance of $6987.21.

That although duly demanded no part of the total sum of $6987.21 has been paid.

WHEREFORE, Plaintiff demands judgment against the defendant(s) for the sum of $6987.21 together with interest on $5700.98 from 04-12-2006 plus the costs of this action.

signed: _____

Sworn to before me this **07 day Of July, 2006.**

Michael Young
Notary Public - State of New York
No. 01YO4930598
Qualified in Queens County
Commission Expires June 20, 2010

275786-3 / LRCR10 / 85729409

NEDAP-0048