USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

MONIQUE SYKES et al.                :

           Plaintiffs,          :

    - against -                    :       **ORDER**

MEL HARRIS AND ASSOCIATES, LLC,     :       09 Civ. 8486 (DC)
et al.
                                    :
           Defendants.
                                    :
- - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

       By letter dated July 21, 2011, the Samserv defendants seek clarification or modification of this Court's order -- which required Samserv to produce a "database for all service done on behalf of Mel Harris" for the period of the class (June 27, 2011 Hr'g Tr. 18; see June 29, 2011 Order) -- by narrowing its scope to only those instances where the Mel Harris defendants represented the Leucadia defendants. By letter dated July 22, 2011, which this Court received on July 25, 2011, plaintiffs oppose the request and reassert the relevance of the information required under the original order.

       In essence, the Samserv defendants are seeking modification of the Court's June 27, 2011 ruling. The request is hereby DENIED.

The Samserv defendants have not argued that compliance would be burdensome. Plaintiffs have shown that the data is relevant or reasonably could be expected to lead to relevant evidence. For example, whether Samserv's process servers served other individuals at or about the same time they purportedly served plaintiffs is a fair issue; if Samserv process servers were purportedly serving others, they would have had difficulty serving plaintiffs.

Accordingly, the Samserv defendants are hereby ORDERED to produce the remainder of the database forthwith, and no later than July 27, 2011. The date by which plaintiffs must file their reply to the motion for class certification is hereby EXTENDED to August 1, 2011.

SO ORDERED.

Dated: New York, New York
July 26, 2011

DENNY CHIN
United States Circuit Judge
Sitting by Designation