UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONIQUE SYKES, REA VEERABADREN, KELVIN PEREZ, and CLIFTON ARMOOGAM, individually and on behalf of all others similarly situated,

                    Plaintiffs,

  - against -

MEL S. HARRIS AND ASSOCIATES LLC; MEL S. HARRIS; MICHAEL YOUNG; DAVID WALDMAN; KERRY LUTZ; TODD FABACHER; MEL HARRIS JOHN/JANE DOES 1-20; LEUCADIA NATIONAL CORPORATION; L-CREDIT, LLC; LR CREDIT, LLC; LR CREDIT 10, LLC; LR CREDIT 14, LLC; LR CREDIT 18, LLC; LR CREDIT 21, LLC; JOSEPH A. ORLANDO; PHILIP M. CANNELLA; LR CREDIT JOHN/JANE DOES 1-20; SAMSERV, INC.; WILLIAM MLOTOK; BENJAMIN LAMB; MICHAEL MOSQUERA; JOHN ANDINO; and SAMSERV JOHN/JANE DOES 1-20,

                    Defendants.

ECF Case
No. 09 Civ. 8486(DC)

---

## MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS' <u>MOTION FOR CLASS CERTIFICATION</u>

| | | |
|---|---|---|
| EMERY CELLI BRINCKERHOFF & ABADY LLP<br>75 Rockefeller Plaza, 20th Fl.<br>New York, New York 10019<br>(212) 763-5000 | NEIGHBORHOOD ECONOMIC DEVELOPMENT ADVOCACY PROJECT<br>176 Grand Street, Suite 3000<br>New York, New York 10013<br>(212) 680-5100 | MFY LEGAL SERVICES, INC.<br>299 Broadway, 4th Floor<br>New York, New York 10013<br>(212) 680-5100 |

**THIS DOCUMENT HAS BEEN FILED UNDER SEAL**