UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONIQUE SYKES, REA VEERABADREN, KELVIN PEREZ, and CLIFTON ARMOOGAM, individually and on behalf of all others similarly situated,

                Plaintiffs,

- against -

MEL S. HARRIS AND ASSOCIATES LLC; MEL S. HARRIS; MICHAEL YOUNG; DAVID WALDMAN; KERRY LUTZ; TODD FABACHER; MEL HARRIS JOHN/JANE DOES 1-20; LEUCADIA NATIONAL CORPORATION; L-CREDIT, LLC; LR CREDIT, LLC; LR CREDIT 10, LLC; LR CREDIT 14, LLC; LR CREDIT 18, LLC; LR CREDIT 21, LLC; JOSEPH A. ORLANDO; PHILIP M. CANNELLA; LR CREDIT JOHN/JANE DOES 1-20; SAMSERV, INC.; WILLIAM MLOTOK; BENJAMIN LAMB; MICHAEL MOSQUERA; JOHN ANDINO; and SAMSERV JOHN/JANE DOES 1-20,

                Defendants.

---

ECF Case
No. 09 Civ. 8486(DC)

**DECLARATION OF EVAN S. COHAN**

---

EVAN S. COHAN, ESQ. declares under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney and the principal of Metro Attorney Service, Inc., a New York City- based attorney services and process serving company that provides process serving services nationwide, including service of summonses and complaints, subpoenas, and other legal papers.

2. Prior to working with of Metro Attorney Service, Inc, I worked with Demovsky Lawyer Service in a variety of capacities for approximately seventeen years. I have over twenty years of experience in the process serving industry.

3. I am a long standing member of the National Association of Professional Process Servers and the New York State Professional Process Association.

4. My company uses employees, independent contractors, and other process serving companies to complete service. I am a licensed process server and have worked as process server myself.

5. In my twenty years of experience serving process and/or supervising process servers, I have found, on average, the ratio between substituted and personal service of a summons and complaint on a personal residence in New York City has been roughly one to one.

6. In my experience, on average, a process server who works a full day is typically able to serve between 15 to 20 summonses and complaints on personal residences in New York City.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2011
New York, NY

EVAN S. COHAN