UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MONIQUE SYKES, et al.,

                                Plaintiffs,

- against -

MEL S. HARRIS AND ASSOCIATES LLC,
MEL S. HARRIS, MICHAEL YOUNG, DAVID
WALDMAN, KERRY LUTZ, TODD FABACHER,
MEL HARRIS JOHN/JANE DOES 1-20,
LEUCADIA NATIONAL CORPORATION,
L-CREDIT, LLC, LR CREDIT, LLC, LR CREDIT 10,
LLC, LR CREDIT 12, LLC, LR CREDIT 14, LLC,
LR CREDIT 18, LLC, LR CREDIT 19, LLC,
JOSEPH A. ORLANDO, PHILIP M. CANNELLA,
LR CREDIT JOHN/JANE DOES 1-20,
SAMSERV, INC., WILLIAM MLOTOK,
BENJAMIN LAMB, MICHAEL MOSQUERA,
JOHN ANDINO, AND
SAMSERV JOHN/JANE DOES 1-20,

                                Defendants.
-----------------------------------------------------------------X

ECF Case
No. 09 Civ. 8486 (DC)

**NOTICE OF
MOTION TO
QUASH
SUBPOEANAS**

**PLEASE TAKE NOTICE**, that upon the annexed affidavit of Jordan Sklar, dated September 14, 2011, the exhibits annexed thereto, the accompanying and Memorandum of Law, dated September 14, 2011, and upon all the proceedings heretofore had herein, SAMSERV, INC., WILLIAM MLOTOK, BENJAMIN LAMB, MICHAEL MOSQUERA, and JOHN ANDINO (the "Samserv Defendants" or "Samserv") will move this Court before the Honorable Deny Chin, at the United States Court House for the Second Circuit located at 500 Pearl Street, New York, NY 10007-1312, on a date and time to be designated by the Court, for an Order pursuant to Rules 17, 26, and 45 of the Federal Rules of Civil Procedure granting Samserv's Motion to Quash Subpoenas and thereby quashing the non-party subpoena served upon current and former independent

contractors utilized by Samserv, Inc., as well as such other, further and different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, must be served in within 7 days of the return date of this motion.

Dated: White Plains, New York
September 14, 2011

Yours, etc.

**BABCHIK & YOUNG, LLP**

By: _____
JORDAN SKLAR (JS 3631)
Attorneys for
the Samserv Defendants
200 East Post Road, Suite 200
White Plains, New York  10601
Tel:   (914) 470-0001
Fax:   (914) 470-0009

TO:   Claudia Eleaza Wilner, Esq.
Neighborhood Economic Development
176 Grand Street, Suite 300
New York, New York  10013

Matthew D. Brinckerhoff, Esq.
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, New York  10019

Brett A. Scher, Esq.
Kaufman, Dolowich, Voluck & Gonzo, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York  11797

Lewis Goldfarb, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey  07962