UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MONIQUE SYKES, et al.,

                        Plaintiffs,

    - against -

MEL S. HARRIS AND ASSOCIATES LLC,
MEL S. HARRIS, MICHAEL YOUNG, DAVID
WALDMAN, KERRY LUTZ, TODD FABACHER,
MEL HARRIS JOHN/JANE DOES 1-20,
LEUCADIA NATIONAL CORPORATION,
L-CREDIT, LLC, LR CREDIT, LLC, LR CREDIT 10,
LLC, LR CREDIT 12, LLC, LR CREDIT 14, LLC,
LR CREDIT 18, LLC, LR CREDIT 19, LLC,
JOSEPH A. ORLANDO, PHILIP M. CANNELLA,
LR CREDIT JOHN/JANE DOES 1-20,
SAMSERV, INC., WILLIAM MLOTOK,
BENJAMIN LAMB, MICHAEL MOSQUERA,
JOHN ANDINO, AND
SAMSERV JOHN/JANE DOES 1-20,

                        Defendants.
----------------------------------------------------------------X

ECF Case
No. 09 Civ. 8486 (DC)

**AFFIDAVIT IN
SUPPORT OF
MOTION TO
QUASH
SUBPOENAS**

STATE OF NEW YORK       )
                                   ) SS:
COUNTY OF WESTCHESTER )

**Jordan Sklar, being duly sworn, deposes and says:**

    1.    I am a member of the firm of Babchik & Young, attorneys for defendants SAMSERV, INC.; WILLIAM MLOTOK; BENJAMIN LAMB; MICHAEL MOSQUERA; and JOHN ANDINO (the "Samserv Defendants"), in the above captioned actions. As such, I am fully familiar with the facts set forth herein.

    I submit this affidavit to place the following relevant documents before this Court as part of the Samserv defendants' motion to quash the non-party subpoena served upon current and former independent contractors utilized by Samserv, Inc., as well as such other, further and different relief as the Court deems just and proper:

A.  Non-party subpoenas dated August 24, 2011.

B.  Third amended complaint.

C.  Title 6 of the Rules of the City of New York § 2-233 for the period prior to February 23, 2011.

D.  Title 6 of the Rules of the City of New York § 2-233 for the period of February 23, 2011 to July 13, 2011.

E.  Title 6 of the Rules of the City of New York § 2-233 as of July 13, 2011.

Dated: White Plains, New York

BABCHIK & YOUNG, LLP

By: _____
Jordan Sklar
Attorneys for the Samserv Defendants
200 East Post Road, 2nd Floor
White Plains, New York 10601
(914) 470-0001

Sworn to before me
this 14th day of September, 2011.

_____
Notary Public

AVA J. CROCKETT
Notary Public, State of New York
No. 01CR6177044
Qualified in Westchester County
Commission Expires 11/08/2011