UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sykes, et al.,

            Plaintiffs,

  against

Mel S. Harris and Associates LLC et al.,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED : 10/14/11

No. 09 Civ. 08486(DC)
ORDER

CHIN, Circuit Judge

    For the reasons stated on the record on October 11, 2011, IT IS HEREBY ORDERED that the Clerk of the Court shall terminate the motion docketed as Document #110, "Motion to Quash Subpoenas."

Dated:    October 13, 2011
           New York, New York

                                        DENNY CHIN, United States Circuit Judge
                                        Sitting by designation