UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Sykes,** *et al.*,<br><br>                    **Plaintiffs,**<br>v.<br><br>**Mel S. Harris and Associates, LLC,** *et al.*,<br><br>                    **Defendants**. | Case No. 09 Civ 8486 (DC)<br><br>**RULE 7.1<br>DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LR Credit 18, LLC (a private non-governmental party) certifies that the following are parent corporations or publicly-held corporations owning at least a 10% interest in LR Credit 18, LLC:

                                    LR Credit, LLC

Dated: March 5, 2013
       New York, NY

                                  /s/ Margaret A. Dale
                                  Margaret A. Dale
                                  PROSKAUER ROSE LLP
                                  11 Times Square
                                  New York, NY 10036
                                  T: 212.969.3000
                                  F: 212.969.2900
                                  mdale@proskauer.com
                                  *Attorneys for Defendants Leucadia National Corporation; L-Credit, LLC; LR Credit, LLC; LR Credit 10, LLC; LR Credit 12, LLC; LR Credit 14, LLC; LR Credit 18, LLC; LR Credit 19, LLC; LR Credit 21, LLC; Joseph A. Orlando; Philip M. Cannella; and LR Credit John/Jane Does 1-20*