UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Sykes,** *et al.*,<br><br>　　　　　　**Plaintiffs,**<br>v.<br><br>**Mel S. Harris and Associates, LLC,** *et al.*,<br><br>　　　　　　**Defendants**. | Case No. 09 Civ 8486 (DC)<br><br>**RULE 7.1<br>DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LR Credit 12, LLC (a private non-governmental party) certifies that the following are parent corporations or publicly-held corporations owning at least a 10% interest in LR Credit 12, LLC:

　　　　　　　　　　　　LR Credit, LLC

Dated: March 5, 2013
　　　　New York, NY

　　　　　　　　　　　　　　　　　　/s/ Margaret A. Dale
　　　　　　　　　　　　　　　　　　Margaret A. Dale
　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　　11 Times Square
　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　T: 212.969.3000
　　　　　　　　　　　　　　　　　　F: 212.969.2900
　　　　　　　　　　　　　　　　　　mdale@proskauer.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Leucadia National Corporation; L-Credit, LLC; LR Credit, LLC; LR Credit 10, LLC; LR Credit 12, LLC; LR Credit 14, LLC; LR Credit 18, LLC; LR Credit 19, LLC; LR Credit 21, LLC; Joseph A. Orlando; Philip M. Cannella; and LR Credit John/Jane Does 1-20*