UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Sykes**, *et al.*,<br><br>                    **Plaintiffs**,<br>v.<br><br>**Mel S. Harris and Associates, LLC**, *et al.*,<br><br>                    **Defendants**. | Case No. 09 Civ 8486 (DC)<br><br>RULE 7.1<br>DISCLOSURE STATEMENT |

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LR Credit 10, LLC (a private non-governmental party) certifies that the following are parent corporations or publicly-held corporations owning at least a 10% interest in LR Credit 10, LLC:

                            LR Credit, LLC

Dated: March 5, 2013
        New York, NY

                                      /s/ Margaret A. Dale
                                      Margaret A. Dale
                                      PROSKAUER ROSE LLP
                                      11 Times Square
                                      New York, NY 10036
                                      T: 212.969.3000
                                      F: 212.969.2900
                                      mdale@proskauer.com
                                      *Attorneys for Defendants Leucadia National Corporation; L-Credit, LLC; LR Credit, LLC; LR Credit 10, LLC; LR Credit 12, LLC; LR Credit 14, LLC; LR Credit 18, LLC; LR Credit 19, LLC; LR Credit 21, LLC; Joseph A. Orlando; Philip M. Cannella; and LR Credit John/Jane Does 1-20*