UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Sykes,** *et al.*,<br><br>　　　　　　　　**Plaintiffs,**<br>v.<br><br>**Mel S. Harris and Associates, LLC,** *et al.*,<br><br>　　　　　　　　**Defendants**. | Case No. 09 Civ 8486 (DC)<br><br>RULE 7.1<br>DISCLOSURE STATEMENT |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for L-Credit, LLC (a private non-governmental party) certifies that the following are parent corporations or publicly-held corporations owning at least a 10% interest in L-Credit, LLC:

　　　　　　　　　　　PLRC, LLC

　　　　　　　　　　　Luman, LLC

Dated: March 5, 2013
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　/s/ Margaret A. Dale
　　　　　　　　　　　　　　　　　　　Margaret A. Dale
　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　　　11 Times Square
　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　T: 212.969.3000
　　　　　　　　　　　　　　　　　　　F: 212.969.2900
　　　　　　　　　　　　　　　　　　　mdale@proskauer.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Leucadia National Corporation; L-Credit, LLC; LR Credit, LLC; LR Credit 10, LLC; LR Credit 12, LLC; LR Credit 14, LLC; LR Credit 18, LLC; LR Credit 19, LLC; LR Credit 21, LLC; Joseph A. Orlando; Philip M. Cannella; and LR Credit John/Jane Does 1-20*