UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MONIQUE SYKES, REA VEERABADREN, KELVIN PEREZ, and CLIFTON ARMOOGAM, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

MEL S. HARRIS AND ASSOCIATES LLC,
MEL S. HARRIS, MICHAEL YOUNG, DAVID
WALDMAN, KERRY LUTZ, TODD FABACHER,
MEL HARRIS JOHN/JANE DOES 1-20,
LEUCADIA NATIONAL CORPORATION,
L-CREDIT, LLC, LR CREDIT, LLC, LR CREDIT 10,
LLC, LR CREDIT 12, LLC, LR CREDIT 14, LLC,
LR CREDIT 18, LLC, LR CREDIT 19, LLC,
JOSEPH A. ORLANDO, PHILIP M. CANNELLA,
LR CREDIT JOHN/JANE DOES 1-20,
SAMSERV, INC., WILLIAM MLOTOK,
BENJAMIN LAMB, MICHAEL MOSQUERA,
JOHN ANDINO, HUSAM AL-ATRASH,
ASSMAT ABDELRAHMAN, AND
SAMSERV JOHN/JANE DOES 1-20,

Defendants.
-----------------------------------------------------------------X

ECF Case
No. 09 CIV 8486 (DC)

**AFFIDAVIT JOINING OBJECTIONS TO PLAINTIFFS' PROPOSED CLASS CERTIFICATION ORDER**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

JORDAN SKLAR, being duly sworn, deposes and says the following under penalty of perjury:

1. I am a member of the firm of Babchik & Young, LLP, attorneys for the Defendants Samserv, Inc., William Mlotok, Benjamin Lamb, Michael Mosquera, John Andino, Husam Al-Atrash, Assmat Abdelrahman and Samserv John/Jane Does 1-20 (hereinafter collectively

referred to as the "Samserv Defendants") in the above captioned matter, and as such, am fully familiar with the facts and circumstances hereinafter set forth.

2. The Samserv Defendants hereby join in the motions made by the Mel Harris Defendants and the Leucadia Defendants Objecting to Plaintiffs' Proposed Class Certification Order and proposing an alternate Class Certification Order.

_____
Jordan Sklar

Sworn to before me this
15th day of March, 2013

_____
Notary Public

CHRISTINA PAONE
Notary Public, State of New York
No. 01PA6177643
Qualified in Westchester County
Commission Expires 11/5/15