UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE SYKES, REA VEERABADREN, KELVIN PEREZ, and CLIFTON ARMOOGAM, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          - against -<br><br>MEL S. HARRIS AND ASSOCIATES LLC; MEL S. HARRIS; MICHAEL YOUNG; DAVID WALDMAN; KERRY LUTZ; TODD FABACHER; MEL HARRIS JOHN/JANE DOES 1-20; LEUCADIA NATIONAL CORPORATION; L-CREDIT, LLC; LR CREDIT, LLC; LR CREDIT 10, LLC; LR CREDIT 14, LLC; LR CREDIT 18, LLC; LR CREDIT 21, LLC; JOSEPH A. ORLANDO; PHILIP M. CANNELLA; LR CREDIT JOHN/JANE DOES 1-20; SAMSERV, INC.; WILLIAM MLOTOK; BENJAMIN LAMB; MICHAEL MOSQUERA; JOHN ANDINO; and SAMSERV JOHN/JANE DOES 1-20,<br><br>                    Defendants. | ECF Case:<br>Index No. 09 Civ. 8486 (DC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that **DEBRA L. GREENBERGER (DG 5159)** of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for PLAINTIFFS, in the above-entitled action and requests that all papers filed through the ECF system be served upon her by e-mail at dgreenberger@ecbalaw.com.

Dated: New York, New York
March 20, 2013

                              EMERY CELLI BRINCKERHOFF & ABADY LLP

                              By: _____/s_____
                                    Debra L. Greenberger
                                    75 Rockefeller Plaza, 20th Floor
                                    New York, New York 10019
                                    (212) 763-5000

                                    *Attorneys for Plaintiffs*