UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE SYKES, et al.

                          Plaintiffs,

  - against -

MEL S. HARRIS AND ASSOCIATES LLC, et al.

                          Defendants.



~~PROPOSED~~ ORDER

No. 09 Civ. 8486 (DC)

CHIN, Circuit Judge

        For the reasons stated in the opinion dated September 4, 2012, plaintiffs' motion for class certification is granted, and the Neighborhood Economic Development Advocacy Project, MFY Legal Services, Inc., and Emery Celli Brinckerhoff & Abady LLP are appointed to serve as class counsel.

        Pursuant to Federal Rule of Civil Procedure 23(b)(2), a class is certified of all persons who have been or will be sued by the Mel Harris defendants as counsel for the Leucadia defendants in actions commenced in New York City Civil Court and where a default judgment has or will be sought. Plaintiffs in the Rule 23(b)(2) class assert claims under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1961; New York General Business Law (GBL) § 349; and New York Judiciary Law § 487.

Pursuant to Rule 23(b)(3), a class is certified of all persons who have been sued by the Mel Harris defendants as counsel for the Leucadia defendants in actions commenced in New York City Civil Court and where a default judgment has been obtained. Plaintiffs in the Rule 23(b)(3) class assert claims under RICO; the Fair Debt Collection Practices Act, 15 U.S.C. § 1692; GBL § 349; and New York Judiciary Law § 487

Dated: ~~February~~ March 27, 2013
New York, New York

SO ORDERED:

DENNY CHIN
United States Circuit Judge
Sitting by Designation