```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

MONIQUE SYKES et al.,                  :

                Plaintiffs,            :

        - against -                    :    ORDER

MEL HARRIS AND ASSOCIATES, LLC,        :    09 Civ. 8486 (DC)
et al.,
                                       :
                Defendants.
                                       :
- - - - - - - - - - - - - - - - - -x
```

CHIN, Circuit Judge

       By letter dated May 8, 2013, plaintiffs ask this Court for leave to file a motion to quash certain subpoenas, served by the Mel Harris defendants upon creditors of the plaintiffs, and to temporarily stay compliance with the subpoenas pending resolution of their request.  The Mel Harris and Leukadia defendants, by letters dated May 9, 2013, have responded to the plaintiffs' request.  The Mel Harris defendants consent to a temporary stay of the subpoenas pending a ruling by the Court.

       As the return date for some of the subpoenas is tomorrow, it is hereby ordered that compliance with the subpoenas is temporarily stayed until further order of the Court.  This Court

will forthwith consider plaintiffs' request, and either decide it based on the letter submissions or request formal briefing.

SO ORDERED.

Dated: New York, New York
May 9, 2013

DENNY CHIN<br>
United States Circuit Judge<br>
Sitting by Designation