05/15/2013 14:36 FAX 912123766494         MARSHALL DENNEHEY                    ☐ 001/002

# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN
ATTORNEYS AT LAW · WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION

| | |
|---|---|
| PENNSYLVANIA | DELAWARE |
| Bethlehem | Wilmington |
| Doylestown | |
| Erie | OHIO |
| Harrisburg | Cleveland |
| King of Prussia | FLORIDA |
| Philadelphia | Ft. Lauderdale |
| Pittsburgh | Jacksonville |
| Scranton | Orlando |
| | Tampa |
| NEW JERSEY | NEW YORK |
| Cherry Hill | Long Island |
| Roseland | New York City |

Wall Street Plaza, 88 Pine Street, 19th Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

Direct Dial: (212) 376-6413
Email: RDLane@mdwcg.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/13

May 15, 2013

**VIA FACSIMILE: (212) 857-2346**

U.S. Circuit Judge Denny Chin (Sitting by Designation)
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:   Monique Sykes, et al v. Mel S. Harris & Associates, LLC, et al
            United States District Court Southern District of New York
            Docket No.: 1:09-cv-8486-DC

To the Honorable Denny Chin:

    My law firm represents Midland Funding, LLC ("Midland"), a company in the business of buying delinquent debts from creditors. Midland has recently been served with two subpoenas, in which Midland is asked to produce all documents related to Clifton Armoogan and Kelvin Perez, both of whom are named Plaintiff's in the above-captioned action. On May 10, 2013, in light of Plaintiffs' motion for leave to file a motion to quash, Your Honor issued an Order, which reads "As the return date for some of the subpoenas is tomorrow, it is hereby ordered that compliance with the subpoenas is temporarily stayed until further order of the Court." See Docket Entry 172.

    Yesterday, my colleague Jacob U. Ginsburg spoke with Chambers to inquire as to whether the stay was in place for Midland. It is our understanding that compliance with the subpoenas directed to Midland for Armoogan and Perez, are also stayed pending the forthcoming motion to quash. However, in order to avoid a misunderstanding, we respectfully request that your Honor clarify whether compliance with the subpoenas directed to Midland are in fact stayed, pursuant to the May 10, 2013 Order.

    We appreciate Your Honor's assistance in this matter.

The Honorable Denny Chin
May 15, 2013
Page 2

---

                                        Respectfully submitted,

                                        R. David Lane
                                        Attorney for Midland Funding, LLC

cc:    Andrew M. Schwartz, Esq.
       Jacob U. Ginsburg, Esq.

*Approved.*
*So ORDERED,*

*[signature]*
*USCJ*
*5-15-13*