UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

MONIQUE SYKES et al.,                  :

                    Plaintiffs,        :

          - against -                  :     ORDER

MEL HARRIS AND ASSOCIATES, LLC,        :     09 Civ. 8486 (DC)
et al.,
                                       :

                    Defendants.        :

- - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/13

**CHIN, Circuit Judge**

          The parties have submitted a stipulation and proposed
order seeking to extend the deadline for fact and expert
discovery until October 15, 2013 and January 30, 2014,
respectively.  As the case is now over three and a half years
old, the parties have had more than an adequate opportunity to
conduct discovery.  Nonetheless, I will allow some additional
time for discovery.

          Accordingly, IT IS HEREBY ORDERED as follows:

          1.   All fact and expert discovery shall be completed
by October 17, 2013.  The parties may set the interim dates as
they wish.

2.     The Court will hold a pre-trial conference on October 18, 2013, at 10:30 a.m.  The parties will be advised of the courtroom prior to that date.

SO ORDERED.

Dated:     New York, New York
           May 20, 2013

DENNY CHIN
United States Circuit Judge
Sitting by Designation