UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/13

MONIQUE SYKES, REA VEERABADREN, KELVIN PEREZ, and CLIFTON ARMOOGAM, individually and on behalf of all others similarly situated,

Plaintiffs,

- against -

MEL S. HARRIS AND ASSOCIATES LLC; MEL S. HARRIS; MICHAEL YOUNG; DAVID WALDMAN; KERRY LUTZ; TODD FABACHER; MEL HARRIS JOHN/JANE DOES 1-20; LEUCADIA NATIONAL CORPORATION; L-CREDIT, LLC; LR CREDIT, LLC; LR CREDIT 10, LLC; LR CREDIT 14, LLC; LR CREDIT 18, LLC; LR CREDIT 21, LLC; JOSEPH A. ORLANDO; PHILIP M. CANNELLA; LR CREDIT JOHN/JANE DOES 1-20; SAMSERV, INC.; WILLIAM MLOTOK; BENJAMIN LAMB; MICHAEL MOSQUERA; JOHN ANDINO; and SAMSERV JOHN/JANE DOES 1-20,

Defendants.

09 Civ. 8486 (DC)

### MOTION TO WITHDRAW APPEARANCE OF JULIA FONG SHEKETOFF

Upon the accompanying affirmation of Julia Fong Sheketoff, the undersigned respectfully moves this Court to withdraw the appearance of Julia Fong Sheketoff.

Dated: June 17, 2013
New York, New York

EMERY CELLI BRINCKERHOFF
& ABADY LLP

Julia Fong Sheketoff
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

Approved.
SO ORDERED.
USCJ
6-18-2013