```
┌────────────────────────────────┐
│ USDC SDNY                      │
│ DOCUMENT                       │
│ ELECTRONICALLY FILED           │
│ DOC #:_____                 │
│ DATE FILED: 8|13|13            │
└────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE SYKES, et al.,

                          Plaintiffs,                Index No. 09-cv-08486

        vs.                                          Hon. Denny Chin

MEL S. HARRIS AND ASSOCIATES, LLC, et al.,           **AMENDED STIPULATION
                                                     AND PROPOSED ORDER**

                          Defendants.

WHEREAS, on September 4, 2012, the District Court issued an opinion granting Plaintiffs' motion for class certification;

WHEREAS, on March 28, 2013, the District Court issued an order granting Plaintiffs' motion for class certification;

WHEREAS, on April 10, 2013, Defendants filed Rule 23(f) petitions for permission to appeal the District Court's order certifying the class with the Second Circuit;

WHEREAS, on July 19, 2013, the Second Circuit granted Defendants' Rule 23(f) petitions;

WHEREAS, Plaintiffs and Defendants (collectively, the "Parties"), through their undersigned counsel, have met and conferred and agree to expedite the appeal so that all briefs are filed no later than November 20, 2013, subject to the approval of the Court, to stay all discovery and/or discovery proceedings in the District Court except to the limited extent agreed upon between the parties and set forth in (a) the agreement between the Mel Harris Defendants and Plaintiffs dated August 2, 2013 (the "Mel Harris Agreement"), and (b) the agreement between the Leucadia Defendants and Plaintiffs dated August 1, 2013 (the "Leucadia

1

Agreement"), pending the issuance of a panel opinion or summary disposition or order on the merits of Defendants' Rule 23(f) Appeal by the Second Circuit;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel for the Parties herein, that all discovery and/or discovery proceedings in the District Court will be stayed, except to the limited extent agreed upon between the parties and set forth in (a) the Mel Harris Agreement and (b) the Leucadia Agreement, pending the issuance of a panel opinion or summary disposition or order on the merits of Defendants' Rule 23(f) Appeal by the Second Circuit.

Dated:   New York, New York
         August 2, 2013


James R. Asperger
Maria Ginzburg
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Brett A. Scher
KAUFMAN DOLOWICH VOLUCK &
GONZO LLP
100 William Street, Suite 215
New York, New York 11797

*Attorneys for the Mel Harris Defendants*

*Matthew D. Brinckerhoff*
Jonathan S. Abady
Debbie Greenberger
EMERY CELLI BRINCKERHOFF &
ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019

NEW ECONOMY PROJECT
Claudia Wilner
Susan Shin
176 Grand Street, Suite 300
New York, NY 10013

MFY LEGAL SERVICES, INC.
Carolyn E. Coffey
Ariana Lindermayer
Of Counsel to Jeanette Zelhof
299 Broadway, 4th Floor
New York, New York 10007

*Attorneys for Plaintiffs and Plaintiff Class*


Ralph C. Ferrara
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Lewis H. Goldfarb
MCELROY, DEUTSCH, MULVANEY, &
CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

*Attorneys for the Leucadia Defendants*


Jordan Sklar
BABCHIK & YOUNG LLP
200 East Post Road, 2nd Floor
White Plains, New York 10601

*Attorneys for the Samserv Defendants*

Dated:  New York, New York
   August 2, 2013

_____
James R. Asperger
Maria Ginzburg
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Brett A. Scher
KAUFMAN DOLOWICH VOLUCK &
GONZO LLP
100 William Street, Suite 215
New York, New York 11797

*Attorneys for the Mel Harris Defendants*


_____
Matthew D. Brinckerhoff
Jonathan S. Abady
Debbie Greenberger
EMERY CELLI BRINCKERHOFF &
ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019

NEW ECONOMY PROJECT
Claudia Wilner
Susan Shin
176 Grand Street, Suite 300
New York, NY 10013

MFY LEGAL SERVICES, INC.
Carolyn E. Coffey
Ariana Lindermayer
Of Counsel to Jeanette Zelhof
299 Broadway, 4th Floor
New York, New York 10007

*Attorneys for Plaintiffs and Plaintiff Class*


_____
Ralph C. Ferrara
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Lewis H. Goldfarb
MCELROY, DEUTSCH, MULVANEY, &
CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

*Attorneys for the Leucadia Defendants*


_____
Jordan Sklar
BABCHIK & YOUNG LLP
200 East Post Road, 2nd Floor
White Plains, New York 10601

*Attorneys for the Samserv Defendants*

3

Dated:  New York, New York
        August 2, 2013

*Ralph C. Ferrara /ges*

James R. Asperger
Maria Ginzburg
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Ralph C. Ferrara
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Brett A. Scher
KAUFMAN DOLOWICH VOLUCK &
GONZO LLP
100 William Street, Suite 215
New York, New York 11797

Lewis H. Goldfarb
MCELROY, DEUTSCH, MULVANEY, &
CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

*Attorneys for the Mel Harris Defendants*

*Attorneys for the Leucadia Defendants*

Matthew D. Brinckerhoff
Jonathan S. Abady
Debbie Greenberger
EMERY CELLI BRINCKERHOFF &
ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019

Jordan Sklar
BABCHIK & YOUNG LLP
200 East Post Road, 2nd Floor
White Plains, New York 10601

*Attorneys for the Samserv Defendants*

NEW ECONOMY PROJECT
Claudia Wilner
Susan Shin
176 Grand Street, Suite 300
New York, NY 10013

MFY LEGAL SERVICES, INC.
Carolyn E. Coffey
Ariana Lindermayer
Of Counsel to Jeanette Zelhof
299 Broadway, 4th Floor
New York, New York 10007

*Attorneys for Plaintiffs and Plaintiff Class*

3

Dated:  New York, New York
       August 2, 2013

James R. Asperger
Maria Ginzburg
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Brett A. Scher
KAUFMAN DOLOWICH VOLUCK &
GONZO LLP
100 William Street, Suite 215
New York, New York 11797

*Attorneys for the Mel Harris Defendants*

Matthew D. Brinckerhoff
Jonathan S. Abady
Debbie Greenberger
EMERY CELLI BRINCKERHOFF &
ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019

NEW ECONOMY PROJECT
Claudia Wilner
Susan Shin
176 Grand Street, Suite 300
New York, NY 10013

MFY LEGAL SERVICES, INC.
Carolyn E. Coffey
Ariana Lindermayer
Of Counsel to Jeanette Zelhof
299 Broadway, 4th Floor
New York, New York 10007

*Attorneys for Plaintiffs and Plaintiff Class*

Ralph C. Ferrara
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Lewis H. Goldfarb
MCELROY, DEUTSCH, MULVANEY, &
CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

*Attorneys for the Leucadia Defendants*

Jordan Sklar
BABCHIK & YOUNG LLP
200 East Post Road, 2nd Floor
White Plains, New York 10601

*Attorneys for the Samserv Defendants*

3

SO ORDERED:

Dated:   New York, New York
          August 8, 2013

DENNY CHIN
United States Circuit Judge
Sitting by Designation

4