**BABCHIK & YOUNG, LLP**
ATTORNEYS AT LAW

245 MAIN STREET, SUITE 330
WHITE PLAINS, NY 10601
TEL (914) 470-0001
FAX (914) 470-0009

Writer's Extension 15

March 30, 2015

*Via ecf*

Magistrate Judge Ronald L. Ellis
Courtroom 11C
500 Pearl Street
New York, NY 10007

    Re: *Sykes, et al. v. Mel S. Harris & Associates, LLC, et al.*
       No. 09 Civ. 8486 (DC)

Dear Judge Ellis:

  We represent defendants Samserv, Inc., William Mlotok, Benjamin Lamb, Michael Mosquera and John Andino (the "Samserv Defendants" or "Samserv"), and write concerning this afternoon's conference.[1] We anticipate appearing at today's conference, accompanied by William Mlotok, the principal of Samserv, Inc and an individually named defendant. We respectfully request, however, that the individual independent contractor process servers be excused from attendance.

  They have appeared for deposition but currently do not regularly perform work for Samserv, Inc. They are individuals of modest means and we respectfully submit that they would not be able to contribute meaningfully to any settlement. To the contrary, it is our understanding that plaintiffs' focus on settlement concerns Samserv, Inc as an entity along with its principal, William Mlotok who, as noted, should be in attendance.

  We thank the Court for it consideration of this request and again apologize for any inconvenience caused by the timing of this application.

                Respectfully submitted,

                Jordan Sklar

cc: All Counsel of record
   Via ecf

---

[1] The undersigned was out of the office all day on Friday, March 27, 2015 and, once the conference was firmly scheduled for today, unable to dispatch this letter earlier. I apologize for any inconvenience.