**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

1:09-cv-08486-DC

**MANDATE**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of February, two thousand and fifteen.

Before:  Dennis Jacobs,
         Guido Calabresi,
         Rosemary S. Pooler,
              *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 13, 2015

Monique Sykes, Rea Veerabadren, Kelvin Perez,
Clifton Armoogam, Individually and on behalf
of all others similarly situated,

    Plaintiffs - Appellees,

v.

Mel S. Harris and Associates LLC, Mel S. Harris,
Todd Fabacher, Michael Young, Kerry Lutz, Esq.,
LR Credit 18, LLC, L-Credit, LLC, Leucadia National Corporation,
LR Credit, LLC, LR Credit 10, LLC, Samserv, Inc., William Mlotok,
Benjamin Lamb, David Waldman, Joseph A. Orlando,
Michael Mosquera, John Andino, LR Credit 14, LLC,
LR Credit 21, LLC, Philip M. Cannella,

    Defendants - Appellants.

**JUDGMENT**
Docket No. 13-2742(L)
              13-2747(con)
              13-2748(con)

The appeals in the above captioned cases from an opinion and order of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the opinion and order of the district court is AFFIRMED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/13/2015