UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE SYKES,

                                Plaintiff,

          - against -                            ORDER
                                                                      09-cv-8486 (DC) (RLE)

MEL S. HARRIS & ASSOCIATES, LLC., et al.,

                                Defendants.

RONALD L. ELLIS, United States Magistrate Judge:

       IT IS HEREBY ORDERED that the parties for **Monique Sykes and Mel S. Harris & Associates** are scheduled for a TELEPHONIC CONFERENCE with the Court on **April 28, 2015 at 11:00 a.m.** On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at **212-805-0563**. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.

SO ORDERED
April 13, 2015

                                                                       The Honorable Ronald L. Ellis
                                                                       United States Magistrate Judge