UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE SYKES,

                         Plaintiff,

          - against -

MEL S. HARRIS & ASSOCIATES, LLC., et al.,

                       Defendants.

**ORDER**
**09-cv-8486 (DC) (RLE)**

RONALD L. ELLIS, United States Magistrate Judge:

      IT IS HEREBY ORDERED that the parties for **Monique Sykes and Samserv, Inc.** are scheduled for a TELEPHONIC CONFERENCE with the Court on **April 28, 2015 at 11:30 a.m.** On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at **212-805-0563**. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.

SO ORDERED
April 13, 2015

                                                  The Honorable Ronald L. Ellis
                                                  United States Magistrate Judge