UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE SYKES, REA VEERABADREN, KELVIN PEREZ, and CLIFTON ARMOOGAM, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　- against -<br><br>MEL S. HARRIS AND ASSOCIATES LLC; MEL S. HARRIS; MICHAEL YOUNG; DAVID WALDMAN; KERRY LUTZ; TODD FABACHER; MEL HARRIS JOHN/JANE DOES 1-20; LEUCADIA NATIONAL CORPORATION; L-CREDIT, LLC; LR CREDIT, LLC; LR CREDIT 10, LLC; LR CREDIT 14, LLC; LR CREDIT 18, LLC; LR CREDIT 21, LLC; JOSEPH A. ORLANDO; PHILIP M. CANNELLA; LR CREDIT JOHN/JANE DOES 1-20; SAMSERV, INC.; WILLIAM MLOTOK; BENJAMIN LAMB; MICHAEL MOSQUERA; JOHN ANDINO; and SAMSERV JOHN/JANE DOES 1-20,<br><br>　　　　　　　　　Defendants. | ECF Case:<br>Index No. 09 Civ. 8486 (DC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that **HAYLEY HOROWITZ (HH 4167)** of

EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for

PLAINTIFFS in the above-entitled action and requests that all papers filed through the ECF

system be served upon her by e-mail at hhorowitz@ecbalaw.com

Dated:　April 16, 2015
　　　　New York, New York

　　　　　　　　　　　　　　　　　EMERY CELLI BRINCKERHOFF & ABADY LLP

　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　Hayley Horowitz
　　　　　　　　　　　　　　　　　　　600 Fifth Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　(212) 763-5000

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*