RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
THEODOR O. OXHOLM
R. ORION DANJUMA

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK  10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

June 26, 2015

*By ECF*

The Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   *Re: Sykes v. Mel S. Harris & Assocs.,* No. 09 Civ. 8486

Dear Judge Ellis:

   Plaintiffs and the Mel Harris Defendants[1] in the above-captioned action respectfully request to schedule an additional settlement conference with the Court.  The parties have exchanged financial information and counter offers, and thus have made progress in their settlement discussions which have reduced the gap between the parties substantially (by almost 90% from when we last appeared before the Court), but have reached an impasse.  With the exception of July 9, we are available for such a conference beginning the week of July 6, and can make ourselves available for a telephone conference for scheduling or other purposes before then.

           Respectfully submitted,

/s/ Maria Ginzburg
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Counsel for the Mel Harris Defendants*

/s/ Matthew D. Brinckerhoff
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Ave, 10th Floor
New York, NY 10020
*Counsel for Plaintiffs and Class*

---

[1] Mel S. Harris and Associates, LLC, Todd Fabacher, Mel S. Harris, Kerry Lutz, David Waldman and Michael Young.