**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7190**

WRITER'S INTERNET ADDRESS
mariaginzburg@quinnemanuel.com

July 23, 2015

<u>VIA ECF</u>

Hon. Ronald L. Ellis
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 1007-1312

Re:   *Monique Sykes, et al. v. Mel S. Harris and Associates, LLC*, et al., No. 09-CV-08486-(DC)(RLE)

Dear Judge Ellis:

We represent Defendants Mel S. Harris and Associates, LLC, Todd Fabacher, Mel S. Harris, Kerry Lutz, David Waldman and Michael Young in the above-referenced action. We write to respectfully request that the Court excuse Mr. Lutz from attendance at the settlement conference scheduled for Monday, July 27, 2015 (the "Settlement Conference"). Mr. Lutz, who resides in Florida, had intended to attend the Settlement Conference, but will now be required to remain in Florida owing to illness on the part of a close family member. Mr. Fabacher, Mr. Harris, Mr. Waldman and Mr. Young will attend the Settlement Conference, and Mr. Lutz consents to their representing his interests at the Settlement Conference.

Respectfully submitted,

*/s/ Maria Ginzburg*
Maria Ginzburg

cc:   Counsel of Record, via ECF

**SO ORDERED**

[signature] 7-24-15

**RONALD L. ELLIS    U.S.M.J.**

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS