RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
THEODOR O. OXHOLM
R. ORION DANJUMA

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/24/15

August 18, 2015

*Via Facsimile (212) 857-2346*

The Honorable Denny Chin
United States Circuit Judge
United States Courthouse
40 Foley Square
New York, NY 10007-1502

Re: *Sykes, et al. v. Mel S. Harris and Associates LLC, et al.*, 09 Civ. 8486 (DC)

Dear Judge Chin:

This firm, along with co-counsel MFY Legal Services and the New Economy Project, represents Plaintiffs and the Class in the above-referenced action. We write to respectfully request an extension of time from August 20, 2015 to September 11, 2015 to file a motion for preliminary approval of the settlement with the Leucadia Defendants. This extension is necessary because (1) Judge Ellis has asked the Non-Settling Defendants and Plaintiffs to submit additional briefing on August 20, 2015, so Plaintiffs will not know until after August 20 if a settlement with the Non-Settling Defendants is possible; and (2) the independent mediator Judge Weinstein is reviewing the proposed allocation plan and would benefit from additional time to do so. A shorter extension is not workable due to Plaintiffs' counsels' previously scheduled extension. The Leucadia Defendants consent to this request for an extension.

We thank the Court for its consideration of these matters and are available should the Court have any questions or concerns.

Approved.
SO ORDERED.
*[signature]*
US CJ

Sincerely,

*[signature]*
Debra L. Greenberger

8-24-2015

c. All Counsel of Record, via email