UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

**Monique Sykes, et al.,**

NOTICE OF CONFERENCE

Plaintiff(s),          **09-cv-8486 (DC) (RLE)**

-v.-

**Mel S. Harris & Associates LLC et al,**

Defendant(s).
-------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9-10-15

To Counsel(s),

A TELEPHONE CONFERENCE in the above referenced matter has been scheduled for **September 11, 2015** at **11:00 a.m.** before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at **212-805-0563**. No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242.

Rupa Shah
Courtroom Deputy

Dated: **September 10, 2015**