09/18/2015 FRI 14:51   FAX 2127635001   ECBA LLP                                                                    ☑002/002

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
II ANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
THEODOR O. OXHOLM
R. ORION DANJUMA

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/15
```

September 18, 2015

*Via Facsimile (212) 857-2346*

The Honorable Denny Chin
United States Circuit Judge
United States Courthouse
40 Foley Square
New York, NY 10007-1502

Re:   *Sykes, et al. v. Mel S. Harris and Associates LLC, et al.*, 09 Civ. 8486 (DC)

Dear Judge Chin:

This firm, along with co-counsel MFY Legal Services and the New Economy Project, represents Plaintiffs and the Class in the above-referenced action. Consistent with our letter dated September 11, 2015, we write to inform the Court that, with substantial assistance from Judge Ellis, we have reached an agreement in principle on the monetary aspects of a settlement with the Mel Harris and Samserv Defendants. We write now to seek approximately three weeks, up to October 12, 2015, to consummate a settlement agreement with the Mel Harris and Samserv Defendants. Once we execute settlement agreements with all defendants, but no later than October 12, 2015, we will inform the Court and propose a schedule for filing out motion for preliminary approval. The Leucadia Defendants and the Samserv Defendants consent to this request. We have been unable to reach the Mel Harris Defendants at this time, but do not anticipate that they would object to proceeding in this fashion.

We thank the Court for its consideration of these matters and are available should the Court have any questions or concerns.

Approved.
SO ORDERED.
[signature]

Sincerely,
[signature]
Matthew D. Brinckerhoff

c.   All Counsel of Record, via email

USCJ
9-18-2015