UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MONIQUE SYKES,** *et al.*, <br><br>         Plaintiffs, <br><br>    v. <br><br> **MEL S. HARRIS AND ASSOCIATES, LLC,** *et al.*, <br><br>         Defendants. | 09 Civ. 8486 (DC) |

**DECLARATION OF DEBRA L. GREENBERGER
IN FURTHER SUPPORT OF APPROVAL OF CLASS ACTION SETTLEMENT**

DEBRA L. GREENBERGER, an attorney duly admitted to practice in the Southern District of New York, declares under penalty of perjury:

1. I am a partner in the firm of Emery Celli Brinckerhoff & Abady LLP ("ECBA"), attorneys for the Plaintiff Classes in this case.

2. I respectfully submit this declaration in further support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Attorneys' Fees, Costs, and Service Awards.

3. We informed the Court in our April 18, 2016 submission that Epiq, the class administrator, had received two objections. We sent a letter, via email and regular mail, to both objectors informing them that we had filed a brief that responded to their objections, that they could respond to our brief by filing an opposition on or before April 28th, but informed them that they did not have to file an opposition to have their objections considered by the Court.

4. One of the objectors responded to my email on May 2, 2016 and stated, *inter alia*: "I [am] uncertain why I disputed the results of the class action suit." A copy of that email, in which the objector's name and email address is redacted, is attached as Exhibit 1. Her email also

stated, "I tried to contact your firm numerous times before the [April] deadline." While we repeatedly tried to return the objector's calls, her phone number was out of service.

5. After receiving the objector's May 2nd email, I replied and asked her to call me. I spoke to her later that day. She informed me that she no longer objected to the settlement and authorized me to inform the Court that she was withdrawing her objection. I told her that she was eligible to receive $100 from the settlement if it was approved.

6. Attached as Exhibit 2 is the Supplemental Declaration of Guy Thompson, dated May 6, 2016 (Epiq Administrator), attaching Exhibits A-F.

7. Attached as Exhibit 3 is the [proposed] Order Approving Settlement.

8. Attached as Exhibit 4 is the [proposed] Judgment.

9. Attached as Exhibit 5 are unpublished decisions cited in the accompanying memorandum of law.

Dated: May 6, 2016
      New York, New York


                                           /s/
                             DEBRA L. GREENBERGER